# Court of Appeals
# of the State of Georgia

ATLANTA,___December 03, 2015___

*The Court of Appeals hereby passes the following order:*

**A15A1650. LADDER NOW, LLC et al. v. HANCOCK ROOFING & CONSTRUCTION, LLC.**
**A15A1685. TRINITY INSPECTIONS, LLC et al. v. HANCOCK ROOFING & CONSTRUCTION, LLC.**

These companion appeals arise from an action commenced by Hancock Roofing & Construction, LLC d/b/a Hancock Claims Consultants, LLC, seeking injunctive relief and damages for breach of restrictive covenants not to compete in multiple employment and independent contractor contracts. On January 23, 2015, the superior court found Hancock had no adequate remedy at law and enjoined all defendants substantially from working for Hancock's competitors for a one-year period following their termination of their contracts with Hancock. On appeal, the defendants contest the assertion of personal jurisdiction but also contest the equitable enforcement of the non-compete covenants.

As these cases involve the legality and propriety of equitable relief, jurisdiction over the appeals lies with the Supreme Court. See Holton v. Physician Oncology Services, LP et al., 292 Ga. 864, 865 (742 SE2d 702) (2013). Accordingly, these appeals are hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*_____12/03/2015_____
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*